DOUGLASS NEWMAN and Others, Respondents, v. GUARANTY TRUST COMPANY OF NEW YORK and Others, Defendants, and HARRY R. SWARTZ, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

ELIZABETH F. PETROCELLI and Another, Respondents, v. TRAUBE DRY CLEANING CO., INC., Appellant.— Motion for reargument denied, with ten dollars costs.

Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.